IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Treneice L. Emerson, as Personal Representative of the Estate of Ella Emerson,<br><br>     Plaintiff,<br><br>vs.<br><br>Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care, North America; Fresenius USA, Inc; Fresenius USA Manufacturing, Inc.; Fresenius USA Marketing, Inc.,; Fresenius USA Sales, Inc.; Bio-Medical Applications of South Carolina, Inc., d/b/a Fresenius Medical Care-Rock Hill,<br><br>     Defendants. | C/A No.: 0:13-2729-JFA<br><br><br>ORDER |

  Currently pending before the court is plaintiff's October 19, 2013 motion to remand this case back to state court. On February 26, 2014, the undersigned transferred this action to Multidistrict Litigation 2428 which is now pending in the District of Massachusetts. Plaintiff objects to the transfer of the case to the MDL. Previously, the court granted the defendants' motion to stay this action pending a ruling by the MDL.

  In light of the age of plaintiff's motion and the uncertainty as to when the MDL Panel will rule on the transfer of this action to the MDL, the court hereby dismisses the plaintiff's motion to remand (ECF No. 11) without prejudice with leave to refile.

  IT IS SO ORDERED.

August 6, 2014                   Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge